IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 CASE NO. 21-11989 |
| | ) | |
| CYNTHIA L. EVANS | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| Debtor | ) | RESPONSE TO TRUSTEE'S |
| | ) | OBJECTION TO CONFIRMATION |
| | ) | |

Now comes Debtor, CYNTHIA L. EVANS, by and through undersigned counsel and files this response to address the objections of the Trustee.

Debtor has completed and provided the business questionnaire to the Trustee. Debtor has also provided proof of homeowner's insurance for her real properties and her 2019 and 2020 federal tax returns. Further Debtor has shown that the rental income for the real property is sufficient to adequately maintain both her rental properties.

Debtor has also Amended Schedule A/B to include a claim against her former employer O.S.H.A. Debtor agrees that any funds received, which are not exempt, will be the property of the bankruptcy estate. And debtor has modified her plan to make provision in section 8.1 for the wrongful termination claim.

Debtor believes she has provided to the Trustee all that was requested of her and that the Trustee should remove her objection and allow her modified plan to be confirmed.

Respectfully submitted,

/s/ Paul A. Bayer
Paul A. Bayer (0040388)
PAUL ALLEN BAYER CO., LPA
Attorney for Debtor
27600 Chagrin Blvd., Suite 460
Woodmere, Ohio 44122
(216) 591-0560
(216) 591-0565 - fax

# CERTIFICATE OF SERVICE

I certify that on August 12, 2021 a true and correct copy of the *Response to the Trustee's Objection* was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Paul Bayer, on behalf of Paul Allen Bayer CO., LPA at BayerLaw17@gmail.com

Lauren Helbling, on behalf of the Chapter 13 Trustee's office at Ch13trustee@ch13cleve.com

US Trustee's Office, at: registereduser@doj.gov

And by regular U.S. mail, postage prepaid, on:

Affirm, Inc.
Attn: Bankruptcy
Po Box 720
San Francisco, CA 94104

Affirm, Inc.
650 California St Fl 12
San Francisco, CA 94108

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Apprisen
4500 East Broad Street
Columbus, OH 43213

Avant/WebBank
222 North Lasalle Street
Suite 1600
Chicago, IL 60601

Bank of America
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Po Box 31293
Salt Lake City, UT 84131

Capital One Auto Finance
Credit Bureau Dispute
Plano, TX 75025

Century Federal Cr Un
1240 E 9th St
Cleveland, OH 44199

Citizens Bank
One Citizens Drive
Ms: Rop 15b
Riverside, RI 02915

City of Cleveland
Division of Water
P.O. Box 94540
Cleveland, OH 44101

Comenity Bank/Overstock
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Cuyahoga County Fiscal Office
ATTN: BANKRUPTCY DEPT
2079 East Ninth Street
Cleveland, OH 44115

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

DSRM Nat Bank/Valero
Attn: Bankruptcy
Po Box 696000
San Antonio, TX 78260

Equiant/Thousand Trails
Attn: Bankruptcy
500 N Juniper Dr, Ste 100
Chandler, AZ 85226

First Savings Bank
Attn: Bankruptcy
Po Box 5019
Sioux Falls, SD 57117

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Michael A. Kenny
Courthouse Square
310 W. Lakeside Road, Suite 300
Cleveland, OH 44113

Navy Federal Credit Union
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Nordstrom Signature Visa
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155

Ohio First Class Credit Union
1800 Carnegie Avenue
Cleveland, OH 44115

Paypal Credit
PO Box 105658
Atlanta, GA 30348

Selfinc/lead
Attn: Bankruptcy
515 Congress Avenue #2200
Austin, TX 78701

Syncb/car Care Coopr T
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/TJX
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Telecom Self-reported
Po Box 4500
Allen, TX 75013

US Bank
Attn: Bankruptcy

800 Nicollet Mall
Minneapolis, MN 55402

Utility Self-reported
Po Box 4500
Allen, TX 75013

Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

Woodforest National Bank
Attn: Bankruptcy
Po Box 7889
The Woodlands, TX 77387

Cynthia Evans
1533 East 115th Street
Cleveland, Ohio 44106

/s/ Paul A. Bayer_____
Paul A. Bayer (0040388)
PAUL ALLEN BAYER CO., LPA
Attorney for Debtors