# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 CASE NO. 21-11989 |
| | ) | |
| CYNTHIA L. EVANS | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| Debtor | ) | MOTION TO MODIFY PLAN |
| | ) | AND AMEND SCHEDULES A/B |
| | ) | |

Now comes Debtor, CYNTHIA L. EVANS, by and through undersigned counsel and files the Motion to Modify Plan and Amend Schedules A/B. Debtor has filed a Modified plan to address the objection of the Trustee.

Debtor has Amended Schedule A/B to include a claim against her former employer O.S.H.A. Debtor agrees that any funds received, which are not exempt, will be the property of the bankruptcy estate.

Debtor has modified her plan to make provision in section 8.1 for the wrongful termination claim.

Wherefore, Debtor moves this honorable court to confirm her chapter 13 plan as modified.

Respectfully submitted,

/s/ Paul A. Bayer_____
Paul A. Bayer (0040388)
PAUL ALLEN BAYER CO., LPA
Attorney for Debtor
27600 Chagrin Blvd., Suite 460
Woodmere, Ohio 44122
(216) 591-0560
(216) 591-0565 - fax

CERTIFICATE OF SERVICE

I certify that on August 12, 2021 a true and correct copy of the *Motion to Modify Plan* was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Paul Bayer, on behalf of Paul Allen Bayer CO., LPA at [BayerLaw17@gmail.com](mailto:BayerLaw17@gmail.com)

Lauren Helbling, on behalf of the Chapter 13 Trustee's office at
[Ch13trustee@ch13cleve.com](mailto:Ch13trustee@ch13cleve.com)

US Trustee's Office, at: registereduser@doj.gov

And by regular U.S. mail, postage prepaid, on:

Affirm, Inc.
Attn: Bankruptcy
Po Box 720
San Francisco, CA 94104

Affirm, Inc.
650 California St Fl 12
San Francisco, CA 94108

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Apprisen
4500 East Broad Street
Columbus, OH 43213

Avant/WebBank
222 North Lasalle Street
Suite 1600
Chicago, IL 60601

Bank of America  
Attn: Bankruptcy  
Po Box 982234  
El Paso, TX 79998  

Capital One  
Attn: Bankruptcy  
Po Box 30285  
Salt Lake City, UT 84130  

Capital One  
Po Box 31293  
Salt Lake City, UT 84131  

Capital One Auto Finance  
Credit Bureau Dispute  
Plano, TX 75025  

Century Federal Cr Un  
1240 E 9th St  
Cleveland, OH 44199  

Citizens Bank  
One Citizens Drive  
Ms: Rop 15b  
Riverside, RI 02915  

City of Cleveland  
Division of Water  
P.O. Box 94540  
Cleveland, OH 44101  

Comenity Bank/Overstock  
Attn: Bankruptcy  
Po Box 182125  
Columbus, OH 43218  

Comenity Bank/Victoria Secret  
Attn: Bankruptcy  
Po Box 182125  
Columbus, OH 43218  

Credit One Bank  
Attn: Bankruptcy Department  
Po Box 98873

Las Vegas, NV 89193

Cuyahoga County Fiscal Office
ATTN: BANKRUPTCY DEPT
2079 East Ninth Street
Cleveland, OH 44115

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

DSRM Nat Bank/Valero
Attn: Bankruptcy
Po Box 696000
San Antonio, TX 78260

Equiant/Thousand Trails
Attn: Bankruptcy
500 N Juniper Dr, Ste 100
Chandler, AZ 85226

First Savings Bank
Attn: Bankruptcy
Po Box 5019
Sioux Falls, SD 57117

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Michael A. Kenny
Courthouse Square
310 W. Lakeside Road, Suite 300
Cleveland, OH 44113

Navy Federal Credit Union
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Nordstrom Signature Visa
Attn: Bankruptcy
Po Box 6555

Englewood, CO 80155

Ohio First Class Credit Union
1800 Carnegie Avenue
Cleveland, OH 44115

Paypal Credit
PO Box 105658
Atlanta, GA 30348

Selfinc/lead
Attn: Bankruptcy
515 Congress Avenue #2200
Austin, TX 78701

Syncb/car Care Coopr T
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/TJX
Attn:  Bankruptcy
Po Box 965064
Orlando, FL 32896

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Telecom Self-reported
Po Box 4500
Allen, TX 75013

US Bank

Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402

Utility Self-reported
Po Box 4500
Allen, TX 75013

Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

Woodforest National Bank
Attn: Bankruptcy
Po Box 7889
The Woodlands, TX 77387

Cynthia Evans
1533 East 115th Street
Cleveland, Ohio 44106

/s/ Paul A. Bayer_____
Paul A. Bayer (0040388)
PAUL ALLEN BAYER CO., LPA
Attorney for Debtors